# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **EDCV 16-00443-DTB**                                    Date: **June 15, 2016**

Title:  **United States of America v. Goldenvale, Inc.**

============================================================
**DOCKET ENTRY**
============================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| D. Castellanos | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF(S):           ATTORNEYS PRESENT FOR DEFENDANT(S):
     None present                                                         None present

**PROCEEDINGS:**     **ORDER TO SHOW CAUSE RE: FAILURE TO SERVE (IN CHAMBERS)**

Plaintiff filed a Complaint herein on March 11, 2016.  To date, no proof of service has been filed indicating that defendant has been served.  Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve summons and complaint on all named defendants within 90 days of filing.  Accordingly, the Court ORDERS plaintiff to show cause, in writing,  no later than July 5, 2016, why the Complaint should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**